IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

    V.                NO. 11-50126-001

GLADIS ELVIRA HARO A/K/A
GLADIS CONZALEZ                                                       DEFENDANT

## ORDER OF DISMISSAL

Comes now the United States of America and orally moves for dismissal of this matter pursuant to a plea agreement and sentencing in criminal no. 11-50121-004 USA v. Gladis Haro.

It is ORDERED this 18th day of October, 2012, that this motion be granted and the case is dismissed with prejudice.

                                              /s/ Jimm Larry Hendren
                                              U.S. District Judge